LOUIS H. SCHLEIDER, Respondent, *v.* MARYLAND CASUALTY COMPANY, Respondent, and BERTHA HOROWITZ, Appellant.

(Argued November 26, 1929; decided January 7, 1930.)

*Harris Jay Griston* for appellant.

*L. H. Schleider* and *Ida P. Schleider* for plaintiff-respondent.

*Robert B. Livingston* and *James J. Mahoney* for defend-. ant-respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CARDOZO, Ch. J.